**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**PATRICK SAUNDERS,**

| | | |
|---|---|---|
| **Plaintiff,** | | **REPORT &** |
| | | **RECOMMENDATION** |
| -against- | | **12-CV-1888 (ARR-SMG)** |

**BALSAMO & ROSENBLATT, LLP,**

**Defendant.**
**-----------------------------------------------------------------X**
**GOLD, S., U.S.M.J.:**

I held an initial conference in this case on August 8, 2012.  At that time, I scheduled a

further conference for November 16, 2012.  Docket Entry 7.

On August 27, plaintiff filed a document styled as a Notice of Settlement.  Docket Entry

8. The notice reported that the parties had reached a settlement, and asked that the court permit

them 60 days to file a stipulation dismissing the action.

On August 29, I directed the parties to submit their stipulation by October 29, and

ordered that the conference set for November 16 would proceed if no stipulation had been filed.

No stipulation was filed.  Nevertheless, no one appeared for the conference on November 16.

For these reasons, I respectfully recommend that this action be dismissed.  Any

objections to the recommendations contained in this report must be filed with the Clerk of the

Court within fourteen days of this Report and in any event no later than December 3, 2012.

Failure to object to this report may waive the right to appeal the district court's order.  *See* 28

U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Small v. Sec'y of Health & Human Services*, 892 F.2d 15,

16 (2d Cir. 1989).

/s/

_____

Steven M. Gold

United States Magistrate Judge

Brooklyn, New York

November 16, 2012

*U:\dfm 2012-2013\Saunders\Saunders R&R Nov16.docx*